```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-03354-HWV
Jason Allen Hoppes                                                  Chapter 7
Denise Ann Hoppes
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: BWagner              Page 1 of 2           Date Rcvd: Mar 13, 2018
                               Form ID: 318               Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.

```
db/jdb       +Jason Allen Hoppes,   Denise Ann Hoppes,   548 N Mcdermott Rd,   Fawn Grove, PA 17321-9617
4956838      +BJ Riley Pest Control,   pO Box 3590,   York PA 17402-0590
4956834       Department of Revenue,   1 Revenue Place,   Harrisburg PA 17129-0001
4956848      +Johns Hopkins Health Systemns,   PO Box 417714,   Boston MA 02241-7714
4956852      +Main Street Children's Dental,   2003 Rock Spring Road,   Forest Hill MD 21050-2611
4956853       Penn Medicine,   PO Box 824406,   Philadelphia PA 19182-4406
4956854      +Physicians Billing Services,   1803 Mount Rose Avenue,   York PA 17403-3026
4991425       Southern Family Medicine LLC,   16312 Mount Airy Rd.,   Shrewsbury, PA 17361-1623
4956857       The Light Program,   680 American Avenue,   Suite 302,   King of Prussia PA 19406-4023
4956858      +Waltz Center for Oral Surgery,   16327 Mt. Airy Road,   Shrewsbury PA 17361-1624
4956859      +Wellspan Health,   1001 S. George Street,   York PA 17403-3676
4956832      +York Adams Tax Claim Bureau,   PO BOX 15627,   York PA 17405-0156
4956861      +York County Tax Claim Bureau,   28 E. Market Street,   York PA 17401-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4956835      +E-mail/Text: bankruptcygroup@apgfcu.com Mar 13 2018 19:04:51      Apgfcu,   Po Box 1176,
               Aberdeen MD 21001-6176
4956836      +EDI: CITICORP.COM Mar 13 2018 22:53:00      At&T Universal Citi Card,   Po Box 6500,
               Sioux Falls SD 57117-6500
4956837      +EDI: CITICORP.COM Mar 13 2018 22:53:00      At&T Universal Citi Card,   Po Box 6241,
               Sioux Falls SD 57117-6241
4956840      +EDI: CAPITALONE.COM Mar 13 2018 22:53:00      Capital One,   Po Box 5253,
               Carol Stream IL 60197-5253
4956839      +EDI: CAPITALONE.COM Mar 13 2018 22:53:00      Capital One,
               Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City UT 84130-0285
4956841      +EDI: CHASE.COM Mar 13 2018 22:53:00      Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
               Wilmington DE 19850-5298
4956842      +EDI: CHASE.COM Mar 13 2018 22:53:00      Chase Card,   Po Box 15298,   Wilmington DE 19850-5298
4956843      +EDI: CHASE.COM Mar 13 2018 22:53:00      Chase Card Services,   Attn: Correspondence,
               Po Box 15278,   Wilmington DE 19850-5278
4956844      +EDI: CHASE.COM Mar 13 2018 22:53:00      Chase Card Services,   Po Box 15298,
               Wilmington DE 19850-5298
4956846       EDI: DISCOVER.COM Mar 13 2018 22:53:00      Discover Financial,   Po Box 15316,
               Wilmington DE 19850
4956845      +EDI: DISCOVER.COM Mar 13 2018 22:53:00      Discover Financial,   Po Box 3025,
               New Albany OH 43054-3025
4956847       E-mail/Text: bankruptcy.bnc@ditech.com Mar 13 2018 19:05:08      Ditech,   Po Box 6172,
               Rapid City SD 57709-6172
4956833       EDI: IRS.COM Mar 13 2018 22:53:00      IRS Centralized Insolvency Oper.,   Post Office Box 7346,
               Philadelphia PA 19101-7346
4956849      +EDI: CBSKOHLS.COM Mar 13 2018 22:53:00      Kohls/Capital One,   Kohls Credit,   Po Box 3043,
               Milwaukee WI 53201-3043
4956850      +EDI: CBSKOHLS.COM Mar 13 2018 22:53:00      Kohls/Capital One,   Po Box 3115,
               Milwaukee WI 53201-3115
4956851       E-mail/Text: camanagement@mtb.com Mar 13 2018 19:05:09      M & T Bank,   One Fountain Pl/3rd Fl,
               Buffalo NY 14203
4991424       E-mail/Text: camanagement@mtb.com Mar 13 2018 19:05:09      M&T Bank,   PO Box 1056,
               Buffalo, NY 14240-1056
4956885      +EDI: PRA.COM Mar 13 2018 22:53:00      PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
4956855      +EDI: RMSC.COM Mar 13 2018 22:53:00      Synchrony Bank/Care Credit,   Attn: Bankruptcy,
               Po Box 956060,   Orlando FL 32896-0001
4956856      +EDI: RMSC.COM Mar 13 2018 22:53:00      Synchrony Bank/Care Credit,   P.o. Box 965005,
               Orlando FL 32896-5005
4956860      +E-mail/Text: WFB.Bankruptcy@cabelas.com Mar 13 2018 19:05:56      Worlds Foremost Bank,
               4800 Nw 1st St Ste 300,   Lincoln NE 68521-4463
                                                                                               TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
          Dawn Marie Cutaia    on behalf of Debtor 2 Denise Ann Hoppes dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Jason Allen Hoppes dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 5
```

| | | |
|---|---|---|
| Debtor 1 | **Jason Allen Hoppes** | Social Security number or ITIN xxx–xx–7411 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | **Denise Ann Hoppes** | Social Security number or ITIN xxx–xx–1748 |
| | First Name   Middle Name   Last Name | EIN __–_____ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **1:17–bk–03354–HWV**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason Allen Hoppes           Denise Ann Hoppes

**By the court:**   *Henry W. Van Eck*

March 13, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: BWagner, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**