```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                       Case No. 17-03354-HWV
Jason Allen Hoppes                                           Chapter 7
Denise Ann Hoppes
        Debtors                 **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: admin           Page 1 of 1        Date Rcvd: Mar 14, 2018
                            Form ID: fnldecac     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.
db/jdb         +Jason Allen Hoppes,   Denise Ann Hoppes,    548 N Mcdermott Rd,    Fawn Grove, PA 17321-9617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              Dawn Marie Cutaia    on behalf of Debtor 2 Denise Ann Hoppes dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Jason Allen Hoppes dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jason Allen Hoppes  
548 N Mcdermott Rd  
Fawn Grove, PA 17321

Chapter 7  
Case No. 1:17−bk−03354−HWV

Denise Ann Hoppes  
548 N Mcdermott Rd  
Fawn Grove, PA 17321

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−7411  
xxx−xx−1748

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 13, 2018

BY THE COURT  
By the Court,

Honorable Henry W. Van Eck  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk